# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JARRETT CASTELONIA,** | : | |
| **Plaintiff** | : | No. 1:19-cv-27 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **C.O. HOLLENBUSH, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 27th day of April 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion to show cause (Doc. No. 66) is **GRANTED** to the extent that the Court will not dismiss Defendant Davis pursuant to Rule 4(m) of the Federal Rules of Civil Procedure at this time;

2. Defendant Kulenguskey is directed to provide under seal, within seven (7) days of the date of this Order, any information she may have concerning Defendant Davis's current whereabouts. If such information is unavailable, Defendant Kulenguskey must advise the Court of such within the same time period; and

3. Plaintiff's motion for reconsideration (Doc. No. 67) is **DENIED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
